FILED
08 AUG 27 PM 3:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                                        By_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2854 LAB |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Sec. 1326(a) – Deported Alien Found in the United States |
| GABRIEL MURILLO-MONTES, | |
| Defendant. | |

The grand jury charges:

On or about April 13, 2008, within the Southern District of California, defendant GABRIEL MURILLO-MONTES, an alien, who previously had been excluded, deported and removed from the United States to Honduras, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:fer:San Diego
8/26/08